IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RAMON REYNOSO,<br><br>    Defendant.<br>_____/ | No. CR 06-0716 CW<br><br>ORDER FOR RESPONSE FROM UNITED STATES AND PROBATION OFFICE |

Defendant Ramon Reynoso moves to terminate supervised release. The United States and the United States Probation Office shall file a response to the motion within two weeks from the date of this order. Defendant may file a reply one week thereafter.

IT IS SO ORDERED.

Dated: 12/23/2011

CLAUDIA WILKEN
United States District Judge

cc: Probation